IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
LINWOOD BRANT,                  )
                                )
     Plaintiff,                 )
                                )
     v.                         )   Civil Action No. 04-1584
                                )   Judge Conti
WEXFORD HEALTH CARE SERVICES,   )   Magistrate Judge Caiazza
et al.,                         )   In Re: Doc. 23
                                )
     Defendants.                )
```

## ORDER

IT IS HEREBY ORDERED that the Plaintiff's Motion for Service (Doc. 23) is GRANTED.

IT IS FURTHER ORDERED that the Plaintiff shall provide proper instructions for service upon Defendants Wexford Health Care Services, Dr. Flores, Dr. Gehl Dr. Ron Lnu, and Joe McDonough,[1] along with a completed notice and waiver of summons and a copy of the complaint for **each** of the named Defendants, on or before August 25, 2005. Failure to do so will result in the dismissal of the named Defendants.

August 4, 2005               s/Francis X. Caiazza
                             Francis X. Caiazza
                             U.S. Magistrate Judge

---

1. Defendant Mike Pavarchy has been served and has responded to the complaint.

cc:
Linwood Brant ET-2108
SCI Greene
175 Progress Drive
Waynesburg, PA 15370

Rodney M. Torbic
Office of the Attorney General
564 Forbes Avenue
6th Floor, Manor Complex
Pittsburgh, PA 15219