IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
LINWOOD BRANT,                  )
                                )
     Plaintiff,                 )
                                )
         v.                     )    Civil Action No. 04-1584
                                )    Judge Conti
WEXFORD HEALTH CARE SERVICES,   )    Magistrate Judge Caiazza
et al.,                         )    In Re: Doc. 27
                                )
     Defendants.                )
```

## ORDER

IT IS HEREBY ORDERED that the Plaintiff's Motion for Clerical Error (Doc. 27) is DENIED.

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Rule 72.1.3(B) of the Local Rules for Magistrates. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

```
September 13, 2005          s/Francis X. Caiazza
                            Francis X. Caiazza
                            U.S. Magistrate Judge
```

cc:
Linwood Brant ET-2108
SCI Greene
175 Progress Drive
Waynesburg, PA 15370

Rodney M. Torbic
Office of the Attorney General
564 Forbes Avenue
6th Floor, Manor Complex
Pittsburgh, PA 15219